Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023154)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gsk@kflawaz.com
gbc@kflawaz.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fathers & Daughters Nevada, LLC, a Nevada Limited Liability Company, | Case No. 2:16-cv-00406-NVW |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| John and Jane Doe 1-33, | |
| Defendants. | |

This Corporate Disclosure Statement is filed on behalf of Plaintiff Fathers & Daughters Nevada, LLC in compliance with the provisions of: *(check one)*

   X    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required.

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

**The filing party hereby declares as follows:**
_____No such corporation.

_____Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*
_____Relationship_____

X       Other (please explain)
        Rule 7.1 requires a party to list any parent corporation.  Plaintiff's parent corporation is Voltage Films NCCF, LLC. Voltage Films NCCF, LLC is not publically traded.

        **A supplemental disclosure statement will be filed upon any change in the information provided herein.**

RESPECTFULLY SUBMITTED this 17th of February, 2016.

                        KERCSMAR & FELTUS PLLC


                By  *s/Greg Collins*_____
                        Geoffrey S. Kercsmar
                        Gregory B. Collins
                        7150 East Camelback Road, Suite 285
                        Scottsdale, Arizona 85251
                        *Attorneys for Plaintiff*

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001