IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fathers & Daughters Nevada, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>John and Jane Doe 1-33,<br><br>Defendants. | No. CV-16-00406-PHX-NVW<br><br>**ORDER** |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Michelle H. Burns. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-16-00406-PHX-MHB.

Dated this 24th day of March, 2016.

Neil V. Wake
United States District Judge